1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRANDY M. CARTER ROY, SUSAN MARTIN in her capacity as TRUSTEE OF THE ALBERT G. MARTIN TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., JASON ARROYO, an individual, AND Does 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 2:18-cv-00398-MCE-KJN<br><br>**ORDER APPROVING STIPULATION EXTENDING THE RULE 26(f) REPORT DEADLINE AND THE COMMENCEMENT OF DISCOVERY**<br><br>Judge:   Hon. Morrison C. England, Jr. |

Upon review of the parties' Stipulation Extending the Rule 26(f) Report Deadline and the Commencement of Discovery, ECF No. 10-1, and for good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' deadline to submit their written report pursuant to Rule 26(f) shall be extended until thirty (30) days after the Court has ruled on Plaintiffs' pending motion to dismiss and remand;

2. The parties' deadline to exchange initial disclosures pursuant to Rule 26(a)(1) shall be extended until fourteen (14) days after the parties submit their written report pursuant to Rule 26(f); and

3. Discovery shall not commence until after the Court has ruled on Plaintiffs' pending motion to dismiss and remand.

4. Non-expert discovery shall be completed within three hundred sixty-five (365) days after the Court rules on Plaintiffs' pending motion to dismiss and remand.

5. Expert disclosures shall be due sixty (60) days after the close of non-expert discovery.

6. Rebuttal expert disclosures shall be due thirty (30) days after the initial expert disclosures are due; and

7. Dispositive motions shall be due one hundred eighty (180) days after the close of non-expert discovery.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE